UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE NEGRETE,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NJ, et al.,<br><br>        Defendants. | Civil Action No. 19-18480 (FLW)<br><br>MEMORANDUM AND ORDER |

Plaintiff Jose Negrete, currently incarcerated at New Jersey State Prison, seeks an extension of time, ECF No. 27, to submit his brief in opposition to the Defendants' Summary Judgment motion. Petitioner asks for a 90-day extension of time due to COVID-19 restrictions at New Jersey State Prison. Plaintiff indicates that the law library is currently closed, and 90% of the prisoners in his unit, including Plaintiff, are quarantined due to COVID-19. When the law library is open, access is also extremely limited. At this time, the Court will provide a 60-day extension of time. Petitioner shall hand his opposition brief to prison officials for filing by April 4, 2022. If the law library remains closed or Petitioner is unable to access the law library due to restrictions, he should notify the Court prior to April 4, 2022, and the Court will consider his request for additional time. Any request for additional time shall be accompanied a signed letter from prison officials detailing the law library closure or restrictions.

**IT IS, THEREFORE**, on this 1st day of February 2022,

**ORDERED** that Petitioner's letter request for an extension of time is **GRANTED in part** (ECF No. 27); and it is further

**ORDERED that Petitioner shall hand his opposition brief to prison officials for filing by April 4, 2022;** and it is further

1

**ORDERED** that Petitioner shall notify the Court prior to April 4, 2022, if the law library remains closed or he is still unable to access the law library; and it is further

**ORDERED** any request for an additional extension of time shall be accompanied by a signed letter from a prison official explaining the law library closure or restricted access; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Memorandum and Order to Plaintiff at the address on file.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge